# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI MAYE,<br><br>                Plaintiff,<br><br>        vs.<br><br>ONLINE LAND SALES, LLC, BRIAN QUILTY, SCOTT WIGGINGTON, CLASSIC COUNTRY LAND, LLC, DOES 1-25,<br><br>                Defendants. | Case No. 2:23-CV-00173-CKD<br><br>**ORDER** |

### **ORDER**

Plaintiff Dimitri Maye and defendants Classic Country Land, LLC and Scott Wiggington filed a stipulation to extend the deadline to answer, move against, or otherwise respond to plaintiff's complaint to April 20, 2023. (ECF No. 8.) Based on the stipulation of the parties, and good cause appearing therefore, IT IS SO ORDERED.

Dated: March 27, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,maye.0173

1

ORDER
Case No. 2:23-CV-00173-CKD