UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRI MAYE,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>ONLINE LAND SALES LLC, et al.,<br><br>　　　　　　　　Defendants. | No. 2:23-cv-00173-DAD-CKD<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING IN PART AND DENYING IN PART DEFENDANTS CLASSIC COUNTRY LAND LLC AND SCOTT WIGGINTON'S MOTION TO DISMISS<br><br>(Doc. Nos. 14, 20) |

　　　　On May 8, 2023, defendants Classic Country Land LLC and Scott Wigginton (collectively, "defendants") filed the pending motion to dismiss all claims brought against them by plaintiff in this action.[1] (Doc. No. 14.) On October 5, 2023, the pending motion to dismiss was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. (Doc. No. 18.)

　　　　On February 1, 2024, the assigned magistrate judge issued findings and recommendations recommending that the pending motion to dismiss (Doc. No. 14) be granted in part and denied in part, and that plaintiff be granted leave to file a first amended complaint. (Doc. No. 20.) The

---

[1] Plaintiff's complaint names four defendants, one of whom (defendant Brian Quilty) filed an answer to the complaint, and the other (defendant Online Land Sales LLC) has not yet appeared in this action despite having been served. (*See* Doc. Nos. 4, 5.)

1

pending findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 24.) No objections have been filed, and the time in which to do so has now passed. On February 1, 2024, plaintiff filed a statement of non-opposition, indicating that plaintiff does not object to the pending findings and recommendations. (Doc. No. 21.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on February 1, 2024 (Doc. No. 20) are adopted in full;
2. The motion to dismiss filed by defendants Classic Country Land LLC and Scott Wigginton (Doc. No. 14) is granted in part and denied in part, as follows:
   a. Plaintiff's first, second, third, and fourth claims brought against defendants Classic Country Land LLC and Scott Wigginton are dismissed with leave to amend; and
   b. The motion to dismiss plaintiff's fifth claim as time-barred by the applicable statute of limitations is denied;
3. Within twenty-one (21) days from the date of entry of this order, plaintiff shall file either a first amended complaint or a notice of his intent not to amend his complaint; and
4. If plaintiff does file a first amended complaint, Federal Rule of Civil Procedure 15(a)(3) governs the responsive pleading deadline for all defendants, including defendants Quilty and Online Land Sales LLC.

IT IS SO ORDERED.

Dated:  **February 22, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE